RED FOX v. STATE.

No. A-419.   Opinion Filed February 6, 1911.

Appeal from Murray County Court; H. W. Fielding, Judge.

Plaintiff in error was convicted in the county court of Murray county, on a charge of selling intoxicating liquor, and appeals. Affirmed.

Ira M. Roberts, for plaintiff in error.

PER CURIAM. Upon a careful examination of the record in this cause, we find no errors prejudicial to the rights of the plaintiff in error, and the judgment of the court below is therefore affirmed.

---

FRANK ALRED v. STATE.

No. A-496.   Opinion Filed February 6, 1911.

Appeal from Beckham County; John C. Hendrix, County Judge.

Defendant was convicted for gambling. His punishment was assessed at a fine of $200 and confinement in the county jail for a period of 120 days. Defendant appealed. Affirmed.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The record was filed in this case in this court on the 20th day of December, 1909. No brief has been filed or appearance made by counsel on behalf of appellant. The Attorney General has filed a motion to affirm this case for want of prosecution. We find no material errors in the record and the judgment of the lower court is therefore affirmed, with directions to the county court of Beckham county to proceed with the execution of the judgment.